IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

| | |
|---|---|
| SHERMAN MACK, | ) |
| | ) 1:21-CV-00004-RAL |
| Plaintiff | ) |
| | ) RICHARD A. LANZILLO |
| vs. | ) Chief United States Magistrate Judge |
| | ) |
| SUPERINTENDENT CLARK, SUPERINTENDENT AT SCI ALBION; DEPUTY ADAMS, DEPUTY AT SCI ALBION; DEPUTY ENNIS, DEPUTY AT SCI ALBION; JOHN DOE 1, PRC BOARD MEMBER AT SCI ALBION; JOHN DOE 2, PRC BOARD MEMBER AT SCI ALBION; JOHN DOE 3, PRC BOARD MEMBER AT SCI ALBION; JOHN DOE 4, PRC BOARD MEMBER AT SCI ALBION; SECRETARY JOHN WETZEL, LT. SISSEM, CAPTAIN FLOYD, SGT. KEMP, MAJOR GILL, | ) ORDER ON MOTION TO OPPOSE MEDIATION<br><br>) ECF NO. 106 |
| Defendants | ) |

Pending before the Court is Plaintiff Sherman Mack's Motion to Oppose Mediation. ECF No. 106. On November 20, 2023, the Court issued an order (ECF No. 105) referring this case to mediation pursuant to the Parties' joint Stipulation Selecting ADR Process (ECF Nos. 94, 104). About a month later, Mack filed the instant motion "oppos[ing] the court ordered mediation" because he "is unable to afford this service." ECF No. 106. Mack has since represented to the Court his desire to proceed to mediation if the ADR fee is waived. Mack is reminded that Local ADR Policies and Procedure 3.3(C) instructs "a party who demonstrates a financial inability to pay all or part of" their pro rata mediation fee to "request the Court to appoint a mediator who has agreed to serve pro bono." Given the availability of a procedure for requesting a mediation fee waiver, Mack's Motion to Oppose Mediation (ECF No. 106) is DENIED.

DATED this 3rd day of January, 2024.

BY THE COURT:

_____
RICHARD A. LANZILLO
CHIEF UNITED STATES MAGISTRATE JUDGE